# Order

Michigan Supreme Court
Lansing, Michigan

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

145490

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CALHOUN COUNTY,
        Plaintiff-Appellant,

v

SC: 145490
COA: 303274
Calhoun CC: 2009-002346-CL

BLUE CROSS & BLUE SHIELD OF
MICHIGAN,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 5, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



t1217

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012                                                   

Clerk